ALICE O. HOWARD et al., respondents,

*v.*

WEST JERSEY AND SEASHORE RAILROAD COMPANY et al.,
appellant.

[Decided February 4th, 1929.]

*Mr. Louis B. LeDuc,* for the respondents.

*Messrs. Bourgeois & Coulomb,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming, and reported in *102 N. J. Eq. 517.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.